AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

KMT/jg

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __NEW YORK__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |
| Edward Golwitzer | Case Number: 1:99CR00135-001 |
| | USM Number: 09827-055 |
| | Glenn Murray |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of charge(s)   #2

☐ ~~was found in violation of charge(s)~~   ~~after denial of guilt.~~

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| #2 | New Criminal Offense | 04/21/2005 |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed the Sentencing Reform Act of 1984.

☒ The defendant has not violated charge(s)  #1  and is discharged as to such violation(s) charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 15, 2005
Date of Imposition of Judgment

_John T. Elfvin_
Signature of Judge

John T. Elfvin, Senior U.S. District Judge
Name and Title of Judge

Buffalo, N.Y.    July 19, 2005
Date

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations  
        Sheet 2— Imprisonment                                                    KMT/jg

Judgment — Page   2   of   4

DEFENDANT:        Edward Golwitzer
CASE NUMBER:      1:99CR00135-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   9 Months.

☐ ~~The court makes the following recommendations to the Bureau of Prisons:~~

☐ ~~The defendant is remanded to the custody of the United States Marshal.~~

☐ ~~The defendant shall surrender to the United States Marshal for this district:~~
   ☐ ~~at _____ ☐ a.m. ☐ p.m. on _____~~
   ☐ ~~as notified by the United States Marshal.~~

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ ~~before 2 p.m. on _____~~
   ☒ as notified by the United States Marshal.
   ☐ ~~as notified by the Probation or Pretrial Services Office.~~

## RETURN

I have executed this judgment as follows:

_____

_____

_____

   Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

                                              _____
                                                    UNITED STATES MARSHAL

                                      By _____
                                            DEPUTY UNITED STATES MARSHAL

DEFENDANT: Edward Golwitzer
CASE NUMBER: 1:99CR00135-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : 24 Months.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

☐ ~~The above drug testing condition is suspended~~, based on the court's determination that the defendant poses a low risk of ~~future substance abuse. (Check, if applicab~~le.)

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as required by the Justice for All Act of 2004. (Check, if applicable.)

☐ ~~The defendant shall register with the state sex offe~~nder registration agency in the state where the defendant resides, works, ~~or is a student, as directed by the probation of~~ficer. (Check, if applicable.)

☐ ~~The defendant shall participate in an approve~~d program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.



AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations                                                         KMT/jg
         Sheet 3C — Supervised Release

Judgment—Page 4 of 4

DEFENDANT: Edward Golwitzer
CASE NUMBER: 1:99CR00135-001

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall enter into drug/alcohol treatment, to include urinalysis and other testing, the details of such treatment to be approved by the U.S. Probation Office. The defendant is not to leave treatment until discharge is agreed to by the U.S. Probation Office and treating agency. While in treatment and after discharge from treatment, the defendant is to abstain from the use of alcohol. The defendant is required to contribute to the cost of services rendered (co-payment) in an amount approved by the probation officer based on ability to pay or availability of third party payment.

The defendant shall submit to a search of his/her person, property, vehicle, place of residence or any other property under his/her control and permit confiscation of any evidence or contraband discovered.

